IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF COLORADO   UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 06 - CV - 02325-ßnß         NOV 2 0 2006

(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

ANDRE J. TWITTY,

      Plaintiff,

v.

RONNIE WILEY, Warden, USP Max,
M. CRUZ, Assoc. Warden, USP Max,
K. REAR, Exec. Asst., USP Max,
M. COLLINS, Unit Mgr., USP Max,
V. EUDLOW, Case mgr., USP Max,
M. MADISON, Counselor, USP Max,
NFN HAYGOOD, Counselor, USP Max, and
R. MARTY, Mail Room Clerk, [each in his or her] individual capacit[y],

      Defendants.

---

ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCIES AND TO SHOW CAUSE

---

      Plaintiff Andre J. Twitty is a prisoner in the custody of the United States Bureau

of Prisons who currently is incarcerated at the United States Penitentiary,

Administrative Maximum, in Florence, Colorado. He has submitted *pro se* a complaint

and a motion for leave to proceed pursuant to 28 U.S.C. § 1915 together with a copy of

his trust fund account statement. As part of the Court's review pursuant to

D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are

deficient as described in this order. The clerk of the Court will be directed to commence

a civil action. Mr. Twitty will be directed to cure the following if he wishes to pursue his

claims.  Any papers that Mr. Twitty files in response to this order must include the civil

action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  ___  is not submitted
(2)  ___  is missing affidavit
(3)  X  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing required financial information
(5)  ___  is missing an original signature by the prisoner
(6)  X  is not on proper form (must use the court's current form)
(7)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(8)  ___  An original and a copy have not been received by the court. Only an original has been received.
(9)  ___  other _____

**Complaint, Petition or Application:**
(10)  ___  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  An original and a copy have not been received by the court.  Only an original has been received.
(16)  ___  Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)  ___  names in caption do not match names in text
(18)  ___  other _____

Mr. Twitty seeks leave to proceed without prepayment of fees or security therefor

pursuant to 28 U.S.C. § 1915 (Supp. 2006).  In relevant part, this statute provides:

In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).  For the purposes of this analysis, the Court may consider actions

or appeals dismissed prior to the enactment of 28 U.S.C. § 1915(g). *Green v. Nottingham*, 90 F.3d 415, 420 (10th Cir. 1996).

Mr. Twitty has initiated more than three actions or appeals in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous, malicious, or for failure to state a claim. Mr. Twitty filed at least two prior civil actions in the United States District Court for the North District of Georgia, Atlanta Division, that were dismissed pursuant to 28 U.S.C. § 1915A. *See Twitty v. Deane*, No. 1:00-cv-1064-TWT (N.D. Ga. July 18, 2000); *Twitty v. Larson*, No. 1:98-cv-3188 (N.D. Ga. Mar. 2, 1999). The Eleventh Circuit dismissed as frivolous Mr. Twitty's appeal from the Court's ruling in *Twitty v. Larson*, No. 1:98-cv-3188. *See* Docket No. 00-14092 (11th Cir. 2001).

Mr. Twitty also previously filed at least one civil action in the United States District Court for the District of South Carolina that was dismissed for failure to state a claim for which relief may be granted. *See Twitty v. Hawk-Sawyer*, No. 7:00-cv-3192 (D.S.C. Mar. 26, 2002). In addition, the United States District Court for the District of Kansas twice has denied Mr. Twitty permission to proceed *in forma pauperis* because of the "three strikes" provision of 28 U.S.C. § 1915(g). *See Twitty v. Ashcroft*, No. 5:02-cv-3270-GTV (D. Kan. Nov. 18, 2002); *see also Twitty v. Ashcroft*, No. 5:01-cv-3484-GTV (D. Kan. Jan. 11, 2002). This Court previously has revoked Mr. Twitty's *in forma pauperis* status pursuant to the "three strikes" provision of § 1915(g). *See Twitty v. Gonzalez*, No. 06-cv-00667-ZLW (D. Colo. June 26, 2006), *appeal filed*, No. 06-1380 (10th Cir. Aug. 30, 2006). In the instant action, Mr. Twitty fails to assert facts

to support his allegations that he is under imminent danger of serious physical injury from pain in his groin area from past hernia operations or in his back from a pinched nerve. Therefore, Mr. Twitty will be ordered to show cause why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g). Accordingly, it is

ORDERED that the clerk of the Court commence a civil action in this matter. It is

FURTHER ORDERED that Mr. Twitty cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Mr. Twitty files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Twitty, together with a copy of this order, two copies of the following form: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that Mr. Twitty show cause in writing **within thirty (30) days from the date of this order** why he should not be denied leave to proceed pursuant to 28 U.S.C. § 1915(g) because: (1) he has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted; and (2) he fails to establish that he is under imminent danger of serious physical injury. It is

FURTHER ORDERED that the response shall be titled, "Response to Order to Show Cause," and shall be filed with the Clerk of the Court, United States District Court for the District of Colorado, Alfred A. Arraj United States Courthouse, 901 Nineteenth Street, A105, Denver, Colorado 80294. It is

FURTHER ORDERED that, if Mr. Twitty fails to cure the designated deficiencies

4

and to show cause **within thirty (30) days from the date of this order**, the action will

be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _20th_ day of _November_, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06 - CV - 02325 - BnB

Andre Twitty
Reg. No. 18558-018
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on ___11/21/06___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk